IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00005-MJW

JESSE DOSHAY,

Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Medicredit's Unopposed Motion to Amend Deposition Deadline (Docket No. 24) is GRANTED.  The Scheduling Order (Docket No. 20) is amended to extend the deadline to complete all depositions to June 30, 2014.

Date: April 11, 2014