IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00005-MJW

JESSE DOSHAY,

Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend the Discovery Cutoff Date and the Dispositive Motion Deadline (Docket No. 31) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 20) is amended to extend: (1) the discovery cutoff date to August 1, 2014 for the limited purpose of plaintiff taking the deposition(s) of defendant's Fed. R. Civ. P. 30(b)(6) designee(s); and (2) the dispositive motion deadline to August 29, 2014.

Date: June 30, 2014